UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD AMERI,<br><br>    Plaintiff,<br><br>  v.<br><br>TICKETMASTER LLC,<br><br>    Defendant. | Case No. 18-cv-06750-VC<br><br>**REMAND ORDER** |

  Ameri's complaint does not adequately allege facts from which one could infer Article III standing, nor has he offered additional evidence in support of standing in response to the Court's inquiry about it. Ameri alleges that Ticketmaster has engaged in anticompetitive practices that have inflated prices in the secondary (or resale) market for Ticketmaster's tickets, but he never purchased any resale tickets, whether directly or indirectly, and neither party has adequately shown that Ameri was otherwise injured by the alleged practices. The Court therefore lacks subject matter jurisdiction, and the case must be remanded. *See Polo Innoventions Internat'l LLC*, 833 F.3d 1193, 1196 (9th Cir. 2016); 28 U.S.C. 1447(c). Although it's possible that Ameri could add allegations in state court – or that Ticketmaster could adduce evidence in state court – that would give rise to Article III standing, which would perhaps permit removal at a later time, remand is appropriate at this stage. The Clerk of the Court is directed to remand the case to Alameda County Superior Court.

  **IT IS SO ORDERED.**

Dated: April 1, 2019

                     _____
                     VINCE CHHABRIA
                     United States District Judge